IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**RICHARD C. COLVIN,** :
:
     **Plaintiff** :
:
v. :     CASE NO. 7:09-CV-37 (HL)
:
:
**DENNIS BROWN,** :
:
     **Defendant** :
:

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 35) filed November 15, 2011 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the plaintiff to the Magistrate Judge's Recommendation (Doc. 38) filed December 15, 2011 has also been read and thoroughly considered and is found to be without merit.

**SO ORDERED,** this the 4th day of January, 2012.

                                        *s/ Hugh Lawson*
                                      **HUGH LAWSON, Senior Judge**
                                      **United States District Court**