IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RICHARD COLVIN, : <br> : <br> Petitioner, : <br> : Case No. 7:09-CV-37-HL <br> VS. : <br> : <br> UNITED STATES OF AMERICA, : <br> : <br> Respondent : | |

## ORDER

Petitioner **RICHARD COLVIN** seeks to appeal this Court's denial of his Petition for Writ of Habeas Corpus and has filed Motion for Leave to Proceed *in forma pauperis* on Appeal [Doc. 43]. Petitioner's Motion is moot, however. Not only did the District Court deny Petitioner a Certificate of Appealability in its final Order [Doc. 39], but it appears that Petitioner has already paid the required $ 455.00 filing fee. Petitioner's Motion to Proceed *in forma pauperis* is thus **DENIED** as **MOOT**.

**SO ORDERED**, this 17th day of February 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

jlr