# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **RICHARD COLVIN,** : | |
| : | |
| **Petitioner,** : | |
| : | Case No. 7:09-CV-37-HL |
| **VS.** : | |
| : | |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Respondent** : | |

## ORDER

Petitioner **RICHARD COLVIN** seeks to appeal this Court's denial of his Petition for Writ of Habeas Corpus and has filed Motion for Leave to Proceed *in forma pauperis* on Appeal [Doc. 43]. Petitioner's Motion is moot, however. Not only did the District Court deny Petitioner a Certificate of Appealability in its final Order [Doc. 39], but it appears that Petitioner has already paid the required $ 455.00 filing fee. Petitioner's Motion to Proceed *in forma pauperis* is thus **DENIED** as **MOOT**.

**SO ORDERED**, this 17th day of February 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

jlr